UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOSHUA SNIDER,

               Plaintiff,                      Case No. 1:25-cv-1038

v.

                                            Honorable Ray Kent

UNKNOWN NAISON et al.,

               Defendants.

_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES
## AND DENYING MOTION TO AMEND COMPLAINT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because

he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend his complaint (ECF No.

6) is **DENIED** as moot.

Dated:   August 5, 2026                   /s/ Ray Kent
                                              Ray Kent
                                              United States Magistrate Judge