UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOSHUA SNIDER,

        Plaintiff,               Case No. 1:25-cv-1038

v.

                          Honorable Ray Kent

UNKNOWN NAISON et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.


Dated:   August 5, 2026              /s/ Ray Kent
                                         Ray Kent
                                         United States Magistrate Judge